FILED

1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Rupert P. Hansen (SBN 82302)
   rhansen@cwghp.com
3  Gregory W. Poulos (SBN 131428)
   gpoulos@cwghp.com
4  Marc T. Cefalu (SBN 203324)
   mcefalu@cwghp.com
5  190 The Embarcadero
   San Francisco, CA  94105
6  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
7
8  Attorneys for Plaintiff HAMBURG
   SÜDAMERKANISCHE
   DAMPSCHIFFAHRTS-GESELLSCHAFT
9  KG

2009 APR 24  PM 2: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

10

11            **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13

14  HAMBURG                          )   Case No. **CV09-2881**
    SÜDAMERKANISCHE                  )
15  DAMPSCHIFFAHRTS-                 )         (Ex)
    GESELLSCHAFT KG                  )
16                                   )   **VERIFIED COMPLAINT**
                                     )   **FOR BREACH OF**
             Plaintiff,              )   **MARITIME CONTRACT,**
17                                   )   **NEGLIGENCE, TORTIOUS**
        v.                           )   **INTERFERENCE WITH**
18                                   )   **CONTRACT, AND**
                                     )   **DECLARATORY RELIEF;**
19  MARUBA S.C.A. *IN PERSONAM*,     )   **SUPPLEMENTAL RULE D**
    AND IN RE 208 CONTAINERS ON      )   **ACTION FOR POSSESSION**
20  BOARD THE M/V VARAMO, *IN*       )   **OF CARGO**
    *REM*, AND DOES 1-10,            )
21  INCLUSIVE,                       )
                                     )
22           Defendants.             )
                                     )
23  _____ )

24      COMES NOW, Plaintiff Hamburg Südamerikanische Dampschiffahrts-

25  Gesellschaft KG and for its complaint against the above named defendants

26  alleges as follows:

27              **JURISDICTION AND VENUE**

28  1.    This Court has jurisdiction over the subject matter of this action under

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varoma

28 U.S.C. § 1331 and 28 U.S.C. § 1333(1), and pursuant to the United States
Carriage of Goods by Sea Act. This Court has supplemental jurisdiction over
the common law claims and all Defendants pursuant to 28 U.S.C. § 1367.

2.     This Court also has the power to declare the rights and liabilities of the
parties as to the matters alleged herein based on the foregoing jurisdiction and
pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201.

3.     This is an admiralty and maritime claim within the meaning of Rule
9(h) of the Federal Rules of Civil Procedure and Supplemental Rule D of the
Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules
of Civil Procedure.

4.     Venue is proper in this Court because the Defendant Cargo is physically
located within the Central District of California, Venue is also proper in the
United States District Court for the Central District of California pursuant to
28 U.S.C. § 1391(b)(2).

**PARTIES**

5.     Plaintiff Hamburg Südamerkanische Dampschiffahrts-Gesellschaft KG
("Hamburg Süd") is a company based in the Federal Republic of Germany.
Hamburg Süd is a party to a vessel sharing agreement together with several
additional companies including defendant Maruba S.C.A. ("Maruba").

6.     Defendant Maruba is an Argentinian Company with its principle place
of business located in Buenos Aires, Argentina.

7.     On information and belief it is alleged that Varamo Shipping Co., Ltd.
(Cyprus) ("Varamo") is the owner of the M/V VARAMO, a vessel that is
currently located in Long Beach.

8.     The M/V VARAMO (the "Vessel") is a motor vessel, IMO # 9395044.

9.     On information and belief it is further alleged that Varamo time
chartered the Vessel to Atlantic Tide Shipping Company Ltd. Limassol,

-2-

COMPLAINT; RULE D POSSESSORY ACTION

Case No.

Cyprus.  Atlantic Tide Shipping Company Ltd. Limassol, Cyprus, in turn, chartered the Vessel to ANL Singapore Pte. Ltd. ("Sub-Time Charterer") which then sub-sub-chartered the vessel to defendant CLAN S.A.

10.     On further information and belief it is alleged that CLAN S.A. provided the vessel M/V VARAMO to its related company, defendant Maruba, which then contributed the Vessel to a vessel sharing agreement ("VSA") with, *inter alia*, the plaintiff Hamburg Süd.  This is the VSA referred to in paragraph 5 above.

11.     Based on its status as the sub-sub charterer of the Vessel, defendant Maruba had the authority to and did make a certain number of the Vessel's container slots available to the other companies including plaintiff Hamburg Süd.

12.     Other companies that were parties to the VSA included Compania Chilena De Navegacion Interoceanica S.A. ("CCNI"), and Compania Sud Americana De Vapores S.A. ("CSAV").

13.     Pursuant to its status as a party to the VSA, and slot charter with defendant Maruba S.C.A., plaintiff Hamburg Süd arranged for the shipment of various containerized merchandise listed on the attached **Exhibit 1** aboard the Vessel on behalf of various other individual cargo owners / shippers.  In so doing Hamburg Süd issued its own bills of lading for the carriage of containers (the "Cargo") from Vancouver, British Columbia, Seattle, Oakland and Long Beach to Manzanillo, Mexico and from Long Beach, California to Manzanillo, Mexico.  Pursuant to those bills of lading the Cargo was placed aboard the vessel, and the defendants agreed to carry the Cargo from its original port of shipment to the port of discharge.

14.     In carrying out the carriage of the cargo each of the defendants was obligated to perform the duties and responsibilities of the Carrier as set forth

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varoma

COMPLAINT; RULE D POSSESSORY ACTION

Case No.

in COGSA including the obligation to discharge and deliver the Cargo as requested by Plaintiff.

15.    By virtue of its status as a sub-sub charterer and issuer of bills of lading Hamburg Süd is in the position of a "Carrier" as to the shippers under its bills of lading, and the position of a "shipper" as to defendant Maruba and the Vessel under the Carriage of Goods by Sea Act. As such, Hamburg Süd has both the rights and liabilities of a carrier vis-à-vis its customers and the rights and liabilities of a shipper vis-à-vis defendant Maruba, the Vessel and its owners.

16.    In the alternative, Hamburg Süd and each of the defendants is a "Carrier" under the U.S. Carriage of Goods By Sea Act, but Hamburg Süd is entitled as the bill of lading issuer to seek relief from the defendants on behalf of, and as agent for, the individual shippers under the Hamburg Süd bills of lading.

17.    The true names and capacities of Defendants DOES 1 through 10 are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff alleges that each of the Doe defendants was responsible in whole or in part for the damages sustained by the Plaintiff and was acting as the agents or servants of the other defendants at all relevant times. Plaintiff will amend this complaint to show their true names and capacities when the same have been ascertained

## SUMMARY OF INCIDENT

18.    Prior to arrival at the Port of Long Beach, Hamburg Süd had shipped aboard the Vessel a total of one hundred and five (105) containers under bills of lading issued by Hamburg Süd.

19.    After loading of the above referenced Cargo and during its arrival and navigation into the Port of Long Beach on or about, April 1, 2009, the Vessel

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varema

COMPLAINT; RULE D POSSESSORY ACTION

Case No.

experienced mechanical breakdowns such that it was unable to arrive at berth under her own power, and as a result, required the assistance of tug boats.

20.    After the Vessel arrived in Long Beach, and while still suffering from its breakdown, the Vessel loaded additional cargo under bills of lading issued by Hamburg Süd.  This additional loaded cargo consisted of one hundred and three (103) containers.

21.    There are now on board the Vessel a total of two hundred and eight (208) containers as listed on **Exhibit 1** and for which Hamburg Süd is the designated ocean carrier under bills of lading.

22.    Prior to the vessel's planned departure from Long Beach, additional damage was found to the vessel such that the vessel was not able to leave the Port.  The vessel is now in the Port of Long Beach and is not expected to be able to leave the port for an extended period of time.

23.    Plaintiff is informed and believes that the period of repairs to the vessel may take as long as three months.

24.    Plaintiff is informed and believes that each of the defendants has been requested to discharge of the containers currently on board the vessel so that alternative arrangements for their shipment to destination can be arranged. Despite due demand, Maruba has been unable to arrange the immediate discharge of the cargo.

25.    All of the Cargo referred to above and described in **Exhibit 1** remains on board the vessel.

26.    Time is of the essence in performance of the discharge and delivery of the Cargo as portions of the Cargo are **perishable goods**. These include dairy products, flour, frozen foods including frozen fish, lentils, green peas, margarine and green peas.

### FIRST CAUSE OF ACTION
**(Breach of Contract as COGSA Carrier)**

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varoma

COMPLAINT; RULE D POSSESSORY ACTION                                     Case No.

27.    Plaintiff realleges and incorporates by this reference paragraphs 1 - 26 above.

28.    Pursuant to COGSA each of the defendants, as a Carrier, was "bound, before and at the beginning of the voyage, to exercise due diligence to :

      (a) Make the ship seaworthy;

      (b) Properly man, equip, and supply the ship;

      (c) Make the holds, refrigerating and cooling chambers, and all other parts of the ship in which goods are carried, fit and safe for their reception, carriage, and preservation."

29.    In addition, the carrier has the duty to "properly and carefully load, handle, stow, carry, keep, care for, and discharge the goods carried."

30.    Plaintiff has performed all duties required of it under the relevant contracts and law.

31.    Defendants, and each of them, are in breach of their duties as a COGSA carrier in that the vessel was not seaworthy at the commencement of the voyage, did not properly equip the vessel, and did not make the vessel fit and safe for the carriage of the Cargo.

32.    Defendants have further breached their duties as COGSA carriers by failing to discharge of the containers as required under COGSA.

33.    The failure of defendants to discharge the cargo has caused damage to the plaintiff in that the plaintiff cannot itself complete the duties that it owes to each of the underlying shippers who have demanded the discharge and delivery of the Cargo.

34.    As a direct and proximate result of the loss of the cargo, Plaintiff has been damaged in an amount to be established according to proof at trial.

## SECOND CAUSE OF ACTION
### (Negligence)

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varoma

COMPLAINT; RULE D POSSESSORY ACTION

Case No.

35.     Plaintiff realleges and incorporates by this reference paragraphs 1 - 34 above.

36.     Defendants, and each of them, owed a duty to Plaintiff to use reasonable care in the transport of the Cargo including the duty to discharge the Cargo at and when requested.

37.     Plaintiff is informed and believes, and thereon alleges, that defendants breached this duty to Plaintiff by failing to discharge the Cargo and to thereby avoid unnecessary delay in the delivery resulting thereby in damages to the Plaintiff.

38.     As a direct and proximate result of the loss of the cargo, Plaintiff has been damaged in an amount to be established according to proof at trial.

## THIRD CAUSE OF ACTION
### (Tortious Interference with Contract)

39.     Plaintiff realleges and incorporates by this reference paragraphs 1 – 38 above.

40.     Plaintiff is informed and believes, and thereon alleges, that each of the defendants knew and was aware of the bill of lading contracts entered into between plaintiff and each of the shippers under the respective bills of lading related to the Cargo.

41.     Plaintiff is informed and believes that the defendants, and each of them, have intended to hold the Cargo and thereby to place Plaintiff in breach of its obligations as a carrier to each of the shippers of the Cargo under the respective bills of lading.

42.     The failure of Maruba to discharge the Cargo has caused and will continue to be the proximate cause of Plaintiff being or becoming in breach of its contractual and statutory duties to each of the holders of the Bills of Lading to discharge their cargo as demanded.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varoma

Case No.

COMPLAINT; RULE D POSSESSORY ACTION

43.   The failure of defendants to discharge the Cargo as demanded, and their interference with the contracts of Plaintiff with its shippers, has and will continue to cause damage to Plaintiff in an amount to be determined according to proof at trial.

## FOURTH CAUSE OF ACTION
### (Declaratory Relief)

44.   Plaintiff realleges and incorporates by this reference paragraphs 1 - 43 above.

45.   The rights and liabilities of the parties are governed by the terms of the charter parties referred to above, and by the terms of the bills of lading for the Cargo and by the provisions of the Carriage of Goods By Sea Act.

46.   An actual controversy now exists between plaintiff on the one hand and the defendants on the other, related to the rights of the parties to order the immediate discharge of the Cargo under the above referenced contracts and statutes.

47.   A declaration of the rights and liabilities of the parties is necessary at this time as the Cargo has already been substantially delayed in its delivery and portions of the Cargo are perishable.

## FIFTH CAUSE OF ACTION
### (Petition for Possession of Cargo)

48.   Plaintiff realleges and incorporates by this reference paragraphs 1 - 47 above.

49.   Pursuant to Rule D of the Supplemental Rules of Civil Procedure for Admiralty and Maritime Claims, plaintiffs are entitled to bring an action for possession of cargo.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varoma

Case No.

COMPLAINT; RULE D POSSESSORY ACTION

50.    As the "Carrier" as to the 208 containers listed on the attached **Exhibit 1**, plaintiff Hamburg Süd is obligated by its contracts of carriage to care for and transport the containers to Manzanillo, Mexico as provided under the respective bills of lading.

51.    As the slot charterer of container space on board the M/V VARAMO Hamburg Süd is entitled to direct Maruba, and the Vessel's owners, to discharge the cargo as necessary for completion of the transportation to Manzanillo, Mexico and to take custody of the containers shown on Exhibit 1.

52.    By failing to discharge the Cargo to plaintiff as directed, Maruba and the vessel have continued to exercise possession of the Cargo which rightfully should be under the direction and control of plaintiff Hamburg Süd.

53.    Plaintiff requests and order from this Court declaring the Plaintiff's right to possession of the Cargo.

## **PRAYER**

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as hereinafter set forth below:

1.    For an order directing Defendants to respond to the complaint on five (5) days notice pursuant to Local Rule D.1.

2.    On the First Cause of Action, for damages according to proof at trial;

3.    On the Second Cause of Action for damages for damages according to proof at trial;

4.    On the Third Cause of Action for a declaration of the rights and liabilities of the parties with respect to the right to direct the discharge of the Cargo and liability for the costs of handling and transshipment of the Cargo;

5.    That a Warrant of Arrest in due form of law and according to the

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varoma

COMPLAINT; RULE D POSSESSORY ACTION                                    Case No.

practice of this Honorable Court in cases of admiralty and maritime jurisdiction, **but on an expedited basis,** may issue herein against the 208 Containers of Cargo presently on board the M/V VARAMO as listed on the attached **Exhibit 1**, arresting the same Pursuant to Supplemental Rule D for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and that all persons having any interest in said Cargo be cited to appear and answer under oath all and singular the matters aforesaid;

6. On the Fourth cause of action that the Court determine the possessory rights of the Cargo so arrested on an expedited basis;

7. On all causes of action for attorneys fees and costs;

8. On all causes of action for prejudgment interest on all sums that shall be adjudged to be owed; and

9. On all causes of action for such other and further relief as may be appropriate.

Dated:  April 24, 2009

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Plaintiff HAMBURG SUDAMERIKANISCHE DAMPFSCHIFFFAHRTS-GESSELSCHAFT KG

By: _____
Rupert P. Hansen

COMPLAINT; RULE D POSSESSORY ACTION

Case No.

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varoma

1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Rupert P. Hansen (SBN 82302)
   rhansen@cwghp.com
3  Gregory W. Poulos (SBN 131428)
   gpoulos@cwghp.com
4  Marc T. Cefalu (SBN 203324)
   mcefalu@cwghp.com
5  190 The Embarcadero
   San Francisco, CA  94105
6  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
7
   Attorneys for Plaintiff HAMBURG
8  SÜDAMERKANISCHE
   DAMPSCHIFFAHRTS-GESELLSCHAFT
9  KG

10

11                  **UNITED STATES DISTRICT COURT**

12                  **CENTRAL DISTRICT OF CALIFORNIA**

13

14  HAMBURG                          )   Case No.:
    SÜDAMERKANISCHE                  )
15  DAMPSCHIFFAHRTS-                 )   **VERIFICATION OF**
    GESELLSCHAFT KG                  )   **COMPLAINT FOR BREACH**
16                                   )   **OF MARITIME CONTRACT,**
                 Plaintiff,          )   **NEGLIGENCE; TORTIOUS**
17                                   )   **INTERFERENCE WITH**
           v.                        )   **CONTRACT AND**
18                                   )   **DECLARATORY RELIEF;**
                                     )   **SUPPLEMENTAL RULE D**
19  MARUBA S.C.A. *IN PERSONAM*,     )   **ACTION FOR POSSESSION**
    AND IN RE 208 CONTAINERS ON      )   **OF CARGO**
20  BOARD THE M/V VARAMO, *IN        )
    REM*, AND DOES 1-10,             )
21  INCLUSIVE,                       )
                                     )
22               Defendants.         )
                                     )
23  _____

24      I, _Gale W. Searing_____, am the _Director, West Coast___ for

25  Plaintiff Hamburg Südamerikanische Dampschiffahrts-Gesellschaft KG and am

26  employed in that capacity in their office located in Long Beach, California.  In

27  my capacity as the _Director, West Coast__ I have been personally involved in the

28  scheduling, booking and subsequent handling of the shipments of Cargo under

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varamo

VERIFICATION                                                    Case No.

1  the Hamburg Süd bills of lading presently on board the M/V VARAMO.  I

2  have also been dealing directly with the shippers of the cargo regarding their

3  demands for delivery of the cargo.  Based on these dealings, and my overall

4  responsibility as the Director West Cost I have personal knowledge of the facts set

5  forth in the Complaint and hereby verify that they are true and correct to the

6  best of my knowledge, except for those matters that are alleged on information

7  and belief, and which I believe to be true.

8      I declare under penalty of perjury under the laws of the State of

9  California and the United States of America that the foregoing is true and

10  correct.

11      Dated this 24th day of April, 2009 in Los Angeles, California.

12

13  By: _____

14

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varoma

-2-                                Case No.

VERIFICATION

# EXHIBIT 1

Frances Kirby

WTCRPCONR/R
Hamburg Süd

Container Import List

04.14.2009 14:54
Page 1/8

Vessel: VARAM 911 S        ETS: 04.05.2009 ( MANZANILLO MX )

R H O

| POD | PLD | POL | Ubli No | Waybl | Ca | T.Typ | ContainerNo | Equ. | TM | Weight | Commodity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUN | COBUN | --- | --- | --- | --- | --- | FSCU3166036 | 20DC | FF | 27599 LB | MODIFIED STARCH |
| BUN | COBUN | LGB | 2900187200001 | N | NA | | FSCU1995451 | 20DC | FF | 10755 LB | MODIFIED STARCH |
| BUN | COBUN | LGB | 2900187200001 | N | NA | | SUDU6732327 | 40HC | FF | 35850 LB | MODIFIED STARCH |
| BUN | COBUN | LGB | 2900187200002 | N | NA | | SUDU6732327 | 40HC | FF | 21477 LB | AUDIO EQUIPMENT (GDSM) |
| BUN | COBUN | LGB | 2900187200016 | N | NA | | SUDU5902938 | 40HC | FF | 29592 LB | OFFICE AND LAB SUPPLIES *N/H* |
| BUN | COBUN | LGB | 2900187200058 | N | NA | | GLDU2237380 | 20DC | FF | 9422 LB | STEREO EQUIPMENT |
| BUN | COBUN | LGB | 2900187200066 | N | NA | | CLHB303725 | 40HC | FF | 5726 LB | PORTABLE BUILDINGS |
| BUN | COBUN | LGB | 2900387200067 | N | NA | | SUDU1994807 | 20DC | FF | 5000 LB | AUTOMOBILE - TITLESREC'D 3.20 |
| BUN | COBUN | VAN | 2900487200001 | N | NA | | SUDU1436889 | 20DC | FF | 53999 LB | LENTILS |
| BUN | COBUN | VAN | 2900487200001 | N | NA | | SUDU1444020 | 20DC | FF | 53999 LB | LENTILS |
| BUN | COBUN | VAN | 2900487200001 | N | NA | | STDU1626066 | 20DC | FF | 53999 LB | LENTILS |
| BUN | COBUN | VAN | 2900487200001 | N | NA | | STDU1787332 | 20DC | FF | 53999 LB | LENTILS |
| BUN | COBUN | VAN | 2900487200001 | N | NA | | STDU1830188 | 20DC | FF | 53999 LB | LENTILS |
| BUN | COBUN | VAN | 2900487200001 | N | NA | | SUDU1867192 | 20DC | FF | 53999 LB | LENTILS |
| BUN | COBUN | VAN | 2900487200001 | N | NA | | STDU3487247 | 20DC | FF | 53999 LB | LENTILS |
| BUN | COBUN | VAN | 2900487200002 | N | NA | | TEXU5546919 | 40HC | FF | 50000 LB | OATS |
| BUN | COBUN | VAN | 2900487200004 | N | NA | | CADT2016782 | 20DC | FF | 47399 LB | CHICKPEAS |
| BUN | COBUN | VAN | 2900487200004 | N | NA | | STDU3631462 | 20DC | FF | 47399 LB | CHICKPEAS |
| BUN | COBUN | VAN | 2900487200004 | N | NA | | STDU1463565 | 20DC | FF | 47399 LB | CHICKPEAS |
| BUN | COBUN | VAN | 2900487200007 | N | NA | | STDU3708517 | 20DC | FF | 47000 LB | CANARYSEED |
| BUN | COBUN | VAN | 2900487200007 | N | NA | | STDU3778978 | 20DC | FF | 47000 LB | CANARYSEED |
| BUN | COBUN | VAN | 2900487200008 | N | NA | | GESU9145083 | 20DC | FF | 47000 LB | CANARYSEED |
| BUN | COBUN | VAN | 2900487200007 | N | NA | | SUDU5202180 | 40RH | FF | 56384 LB | MARGARINE |
| BUN | COBUN | VAN | 2900487200008 | N | NA | | FESU2071706 | 40RH | FF | 55686 LB | MARGARINE |
| BUN | COBUN | VAN | 2900487200009 | N | NA | | KHIU1204389 | 40RH | FF | 55798 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200024 | N | NA | | STDU1353151 | 20DC | FF | 4610408 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200024 | N | NA | | STDU1360588 | 20DC | FF | 55798 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200024 | N | NA | | STDU1457639 | 20DC | FF | 55776 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200024 | N | NA | | STDU1609475 | 20DC | FF | 55776 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200024 | N | NA | | STDU1609475 | 20DC | FF | 55798 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200024 | N | NA | | STDU1663162 | 20DC | FF | 55798 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200024 | N | NA | | STDU1686743 | 20DC | FF | 51279 LB | GREEN PEAS |

EXHIBIT " 1 "

Case 2:09-cv-02881-SVW-E   Document 1   Filed 04/24/09   Page 15 of 25   Page ID #:15

Frances Kirby

WTCRPCON/fk
Hamburg Sûd

Container Import List

Vessel: VARAM 911 S          ETS: 04.05.2009 ( MANZANILLO MX )

| POD | PID | POL | Ubli No | Waybl | Ca | T.Typ | ContainerNo | Equ. | TM | Weight | Commodity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| BUN | COBUN | VAN | 2900487200224 | | | | SUDU1703748 | 20DC | FF | 55776 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200224 | N | WA | | SUDU1858626 | 20DC | FF | 55798 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200024 | N | WA | | SUDU1893951 | 20DC | FF | 55776 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200024 | N | WA | | CMCU2080320 | 20DC | FF | 55688 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200025 | N | WA | | FESU2052434 | 20DC | FF | 55556 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200025 | N | WA | | SUDU1364794 | 20DC | FF | 55600 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200025 | N | WA | | SUDU1614450 | 20DC | FF | 55534 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200025 | N | WA | | SUDU1821479 | 20DC | FF | 55556 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200025 | N | WA | | SUDU1914397 | 20DC | FF | 55556 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200025 | N | WA | | SUDU1968500 | 20DC | FF | 55534 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200025 | N | WA | | SUDU2581557 | 20DC | FF | 47421 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200025 | N | WA | | SUDU3741578 | 20DC | FF | 50551 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200025 | N | WA | | SUDU3795949 | 20DC | FF | 55556 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200025 | N | WA | | SUDU7362295 | 20DC | FF | 55578 LB | GREEN PEAS |
| BUN | COBUN | VAN | 2900487200026 | N | WA | | SUDU4443872 | 20DC | FF | 53999 LB | LENTILS |
| BUN | COBUN | VAN | 2900487200026 | N | WA | | SUDU1730466 | 20DC | FF | 53999 LB | LENTILS |
| BUN | COBUN | VAN | 2900487200026 | N | WA | | SUDU1779450 | 20DC | FF | 53999 LB | LENTILS |
| BUN | COBUN | VAN | 2900487200008 | N | WA | | SUDU3765661 | 20DC | FF | 26938 LB | BORATES |
| CLI | PECLI | LGB | 2900387200008 | N | WA | | AMFU1413609 | 20FR | FF | 26414 LB | METAL WORKING MACHINERY |
| CLI | PECLI | LGB | 2900387200012 | N | WA | | SUDU9996584 | 20DC | FF | 10833 LB | KITCHEN UTENSILS/EQUIPMENT |
| CLI | PECLI | LGB | 2900387200013 | N | WA | | SUDU0846374 | 20DC | FF | 44800 LB | DRILLING MUD; |
| CLI | PECLI | LGB | 2900387200014 | N | WA | | SUDU1455071 | 20DC | FF | 44800 LB | DRILLING MUD/NON-HAZ |
| CLI | PECLI | SEA | 2900387200015 | N | WA | | SUDU1530025 | 20DC | FF | 44800 LB | DRILLING MUD/NON-HAZ |
| CLI | PECLI | SEA | 2900387200015 | N | WA | | SUDU1728751 | 20DC | FF | 44800 LB | DRILLING MUD/NON-HAZ |
| CLI | PECLI | SEA | 2900387200015 | N | WA | | SUDU1783002 | 20DC | FF | 44800 LB | DRILLING MUD/NON-HAZ |
| CLI | PECLI | SEA | 2900387200015 | N | WA | | SUDU7305398 | 20DC | FF | 44800 LB | DRILLING MUD/NON-HAZ |
| CLI | PECLI | SEA | 2900387200015 | N | WA | | SUDU7340167 | 20DC | FF | 44800 LB | DRILLING MUD/NON-HAZ |
| CLI | PECLI | SEA | 2900387200018 | N | WA | | SUDU5920314 | 40HC | FF | 29667 LB | YARN |
| CLI | PECLI | LGB | 2900387200018 | N | WA | | FESU2095122 | 20DC | FF | 7470 LB | FREIGHT ALL KINDS |
| CLI | PECLI | LGB | 2900387200028 | N | WA | | SUDU3678747 | 20DC | FF | 25000 LB | RESTAURANT SUPPLIES |
| CLI | PECLI | LGB | 2900387200030 | N | WA | | SUDU5768182 | 40HC | FF | 41808 LB | WHEEL LOADER |

Frances Kirby

| WTCRPCON/fk |
|---|
| Hamburg Süd |

Container Import List

04.14.2009 14:54
Page 3/8

Vessel: VARAM 911 S          ETS: 04.05.2009 ( MANZANILLO MX )

| POD | PLD | POL | Ubll No | Waybl | Ca | T.Typ | ContainerNo | Equ. | TM | Weight | | Commodity | R H O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | | --- | - - - |
| POD | PLD | POL | Ubll No | Waybl | Ca | T.Typ | ContainerNo | Equ. | TM | Weight | | Commodity | Y |
| CLI | PECLI | SEA | 2900387200035 | - | - | | | 4.0RH | FF | 64671 | LB | FROZEN BEEF OFFAL | |
| CLI | PECLI | LGB | 2900387200041 | N | WA | | SUDU5132017 | 4.0HC | FF | 9586 | LB | TELEVISIONS | |
| CLI | PECLI | LGB | 2900387200045 | N | WA | | SUDU6502107 | 2.0DC | FF | 1920 | LB | FREIGHT ALL KINDS NONHAZ | |
| CLI | PECLI | LGB | 2900387200045 | N | WA | | SUDU1616509 | 2.0DC | FF | 184 | LB | FREIGHT ALL KINDS NONHAZ | |
| CLI | PECLI | LGB | 2900387200045 | N | WA | | | 2.0DC | FF | 517 | LB | FREIGHT ALL KINDS NONHAZ | |
| CLI | PECLI | LGB | 2900387200045 | N | WA | | | 2.0DC | FF | 100 | LB | FREIGHT ALL KINDS NONHAZ | |
| CLI | PECLI | LGB | 2900387200045 | N | WA | | | 2.0DC | FF | 170 | LB | FREIGHT ALL KINDS NONHAZ | |
| CLI | PECLI | LGB | 2900387200045 | N | WA | | | 2.0DC | FF | 565 | LB | FREIGHT ALL KINDS NONHAZ | |
| CLI | PECLI | LGB | 2900387200045 | N | WA | | | 2.0DC | FF | 1807 | LB | FREIGHT ALL KINDS NONHAZ | |
| CLI | PECLI | LGB | 2900387200045 | N | WA | | | 2.0DC | FF | 100 | LB | FREIGHT ALL KINDS NONHAZ | |
| CLI | PECLI | LGB | 2900387200047 | N | WA | | SUDU6561950 | 4.0HC | FF | 40979 | LB | FABRIC (TELA) | |
| CLI | PECLI | LGB | 2900387200049 | N | WA | | SUDU5311391 | 4.0DC | FF | 42448 | LB | ELECTRODES *NON HAZ* | |
| CLI | PECLI | LGB | 2900387200049 | N | WA | | SUDU5410624 | 4.0DC | FF | 42448 | LB | ELECTRODES *NON HAZ* | |
| CLI | PECLI | LGB | 2900387200050 | N | WA | | CRXU1505549 | 4.0RA | FF | 55589 | LB | FROZEN BEEF OFFALS | Y |
| CLI | PECLI | LGB | 2900387200057 | N | WA | | CRXU1913147 | 2.0DC | FF | 510 | LB | FREIGHT ALL KINDS NONHAZ | |
| CLI | PECLI | LGB | 2900387200057 | N | WA | | | 2.0DC | FF | 3615 | LB | FREIGHT ALL KINDS NONHAZ | |
| CLI | PECLI | LGB | 2900387200057 | N | WA | | | 2.0DC | FF | 8215 | LB | FREIGHT ALL KINDS NONHAZ | |
| CLI | PECLI | LGB | 2900387200057 | N | WA | | | 2.0DC | FF | 758 | LB | FREIGHT ALL KINDS NONHAZ | |
| CLI | PECLI | LGB | 2900387200057 | N | WA | | | 2.0DC | FF | 10460 | LB | FREIGHT ALL KINDS NONHAZ | |
| CLI | PECLI | LGB | 2900387200057 | N | WA | | | 2.0DC | FF | 13668 | LB | FABRIC (TELA) | |
| CLI | PECLI | LGB | 2900387200060 | N | WA | | SUDU1810746 | 4.0HC | FF | 4956 | LB | FREIGHT ALL KINDS | |
| CLI | PECLI | LGB | 2900387200063 | N | WA | | SUDU6719407 | 4.0HC | FF | 14513 | LB | MACHINERY | |
| CLI | CLARI | LGB | 2900486170024 | N | WA | | SUDU1619112 | 2.0DC | FF | 11043 | LB | SHELTER COMPONENT | |
| CLI | PECLI | LGB | 2900487200017 | N | WA | | SUDU1795220 | 2.0DC | FF | 59048 | LB | GREEN PEAS | |
| CLI | PECLI | VAN | 2900487200027 | N | WA | | AWSU1971710 | 2.0DC | FF | 58144 | LB | GREEN PEAS | |
| CLI | PECLI | VAN | 2900487200027 | N | WA | | SUDU3174410 | 2.0DC | FF | 58144 | LB | GREEN PEAS | |
| CLI | PECLI | VAN | 2900487200027 | N | WA | | SUDU1594462 | 2.0DC | FF | 58144 | LB | GREEN PEAS | |
| CLI | PECLI | VAN | 2900487200028 | N | WA | | AWSU1997822 | 2.0DC | FF | 58144 | LB | GREEN PEAS | |
| CLI | PECLI | VAN | 2900487200028 | N | WA | | SUDU1881879 | 2.0DC | FF | 58144 | LB | GREEN PEAS | |
| CLI | PECLI | VAN | 2900487200028 | N | WA | | SUDU3664980 | 2.0DC | FF | 58847 | LB | GREEN PEAS | |
| GYE | ECGYE | LGB | 2900387720007 | N | WA | | SUDU3343770 | 2.0DC | FF | 6997 | LB | POWER SUPPLIES & PLASTIC CASE | |
| GYE | ECGYE | LGB | 2900387720023 | N | WA | | SUDU3720425 | 2.0FR | FF | 21500 | LB | FORKLIFT, DRIVABLE - CLEARED | |

Frances Kitty

WTCRPCON/fk
Hamburg Süd

Container Import List

04.14.2009 14:54
Page 4/8

Vessel: VARAM 911 S           ETS: 04.05.2009 ( MANZANILLO MX )

| POD | PLD | POL | Ubil No | Waybl | Ca | T.Typ | ContainerNo | Equ. | TM | Weight | | Commodity | R | H | O |
|-----|-----|-----|---------|-------|----|-------|-------------|------|----|--------|---|-----------|---|---|---|
| --- | --- | --- | ------ | --- | -- | ----- | ----------- | ---- | - | ------ | | --------- | - | - | - |
| IQO | CLIQO | LGB | 290038720056 | N | WA | | SUDU5667931 | 40HC | FF | 8818 | LB | USED AUTOS - TITIESREC'D 3.19 | | | |
| IQO | CLIQO | LGB | 290038720056 | N | WA | | SUDU5629865 | 40HC | FF | 8818 | LB | USED AUTOS - TITIESREC'D 3.19 | | | |
| IQO | CLIQO | LGB | 290038720051 | N | WA | | AWSU1970694 | 20DC | FF | 8000 | LB | COMPUTER PRINTERS | | | |
| IQO | CLIQO | LGB | 290038720040 | N | WA | | SUDU6572450 | 40HC | FF | 15688 | LB | TELEVISIONS | | | |
| IQO | CLIQO | LGB | 290038720027 | N | WA | | SUDU6805871 | 40HC | FF | 46799 | LB | CLOTHING | | | |
| ECGYE | | LGB | 490148310619 | N | WA | | SUDU5228728 | 40RH | FF | 42000 | LB | FRZN FISH | | | Y |
| ECGYE | | LGB | 490148310619 | N | WA | | SUDU5214616 | 40RH | FF | 57321 | LB | FRZN FISH | | | Y |
| ECGYE | | LGB | 490148310619 | N | WA | | SUDU5162786 | 40RH | FF | 56786 | LB | FRZN FISH | | | Y |
| ECGYE | | LGB | 490148310619 | N | WA | | SUDU5146300 | 40RH | FF | 56420 | LB | FRZN FISH | | | Y |
| ECGYE | | LGB | 490148310619 | N | WA | | SUDU5112337 | 40RH | FF | 57033 | LB | FRZN FISH | | | Y |
| ECGYE | | LGB | 490148310619 | N | WA | | SUDU4780671 | 40RH | FF | 58876 | LB | FRZN FISH | | | Y |
| ECGYE | | LGB | 490148310619 | N | WA | | GRIU9600161 | 40RH | FF | 59815 | LB | FRZN FISH | | | K |
| ECGYE | | LGB | 490148310619 | N | WA | | CRIU1398728 | 40RH | FF | 57000 | LB | FRZN FISH | | | K |
| GYE | | VAN | 290048720019 | N | WA | | SUDU4447374 | 20DC | FF | 54134 | LB | LENTILS | | | K |
| GYE | | VAN | 290048720019 | N | WA | | AWSU1976780 | 20DC | FF | 54134 | LB | LENTILS | | | |
| GYE | | VAN | 290048720019 | N | WA | | AWSU1973986 | 20DC | FF | 54134 | LB | LENTILS | | | |
| GYE | | VAN | 290048720016 | N | WA | | SUDU1874397 | 20DC | FF | 41667 | LB | VEGETABLE FATS & OILS/FRACTIO | | | |
| GYE | | VAN | 290048720016 | N | WA | | SUDU1770860 | 20DC | FF | 46958 | LB | VEGETABLE FATS & OILS/FRACTIO | | | |
| GYE | | VAN | 290048720016 | N | WA | | SUDU1676961 | 20DC | FF | 46032 | LB | VEGETABLE FATS & OILS/FRACTIO | | | |
| PEPAI | | VAN | 290048720015 | N | WA | | SUDU1540738 | 20DC | FF | 46032 | LB | VEGETABLE FATS & OILS/FRACTIO | | | |
| PEPAI | | VAN | 290048720015 | N | WA | | UGMU8922610 | 40HC | FF | 47000 | LB | DRILLING EQUIPMENT | | | |
| ECGYE | | LGB | 290038720065 | N | WA | | SUDU3778920 | 20DC | FF | 36766 | LB | ENGINE/LUBE OIL (NON-HAZ) | | | |
| ECGYE | | LGB | 290038720064 | N | WA | | SUDU1507299 | 20DC | FF | 34555 | LB | ENGINE/LUBE OIL (NON-HAZ) | | | |
| ECGYE | | LGB | 290038720061 | N | WA | | SUDU6731212 | 40HC | FF | 35844 | LB | CANNERY SUPPLIES | | | |
| ECGYE | | LGB | 290038720061 | N | WA | | SUDU6616651 | 40HC | FF | 106287 | LB | CANNERY SUPPLIES | | | |
| ECGYE | | LGB | 290038720055 | N | WA | | SUDU3625135 | 20DC | FF | 38287 | LB | ENGINE/LUBE OIL (NON-HAZ) | | | |
| ECGYE | | LGB | 290038720053 | N | WA | | SUDU6547709 | 40HC | FF | 42983 | LB | COTTON IN BALES | | | |
| ECGYE | | LGB | 290038720053 | N | WA | | SUDU5899330 | 40HC | FF | 42983 | LB | COTTON IN BALES | | | |
| ECGYE | | LGB | 290038720046 | N | WA | | KHIU5224228 | 20DC | FF | 34459 | LB | HEALTH & BEAUTY PRODUCTS EXPR | | | |
| ECGYE | | LGB | 290038720032 | N | WA | | SUDU3922690 | 20DC | FF | 36574 | LB | ENGINE/LUBE OIL NONHAZ | | | |
| ECGYE | | LGB | 290038720031 | N | WA | | GRIU1213530 | 20DC | FF | 32454 | LB | ENGINE/LUBE OIL NONHAZ | | | |

Frances Kirby

WTCRPCON/fk
Hamburg Sud

Container Import List

04.14.2009 14:54
Page 5/8

Vessel: VARAM 911 S          ETS: 04.05.2009 ( MANZANILLO MX )

| POD | PID | POL | Ubli No | Waybl | Ca | T.Typ | ContainerNo | Equ. | TM | Weight | Commodity | R | H | O |
|-----|-----|-----|---------|-------|----|----|-----------|------|----|--------|-----------|---|---|---|
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| IOQ | CLIOQ | LGB | 290038720056 | N | WA | | STDD5733951 | 40HC | FF | 8818 LB | USED AUTOS - TITLESREC'D 3.19 | | | X |
| IOQ | CLIOQ | LGB | 290038720056 | N | WA | | STDD591.9376 | 40HC | FF | 8818 LB | USED AUTOS - TITLESREC'D 3.19 | | | X |
| IOQ | CLIOQ | LGB | 290038720056 | N | WA | | STDD5964020 | 40HC | FF | 8818 LB | USED AUTOS - TITLESREC'D 3.19 | | | X |
| IOQ | CLIOQ | LGB | 290038720056 | N | WA | | STDD6571290 | 40HC | FF | 8818 LB | USED AUTOS - TITLESREC'D 3.19 | | | X |
| IOQ | CLIOQ | LGB | 290038720056 | N | WA | | STDD6729107 | 40HC | FF | 8818 LB | USED AUTOS - TITLESREC'D 3.19 | | | X |
| IOQ | CLIOQ | LGB | 290038720056 | N | WA | | STDD6733998 | 40HC | FF | 8818 LB | USED AUTOS - TITLESREC'D 3.19 | | | X |
| IOQ | CLIOQ | LGB | 290038720056 | N | WA | | STDD6764427 | 40HC | FF | 8818 LB | USED AUTOS - TITLESREC'D 3.19 | | | X |
| IOQ | CLIOQ | LGB | 290038720056 | N | WA | | STDD685.4182 | 40HC | FF | 8818 LB | USED AUTOS - TITLESREC'D 3.19 | | | X |
| IOQ | CLIOQ | VAN | 290048720013 | N | WA | | STDD7313480 | 20DC | FF | 11916 LB | PULLEYS | | | |
| IOQ | CLIOQ | VAN | 290038720034 | N | WA | | STDD4977212 | 40HC | FF | 42680 LB | CHEMICALS     *HAZ* | X | | |
| LON | CLIQN | SEA | 290038720037 | N | WA | | STDD1723662 | 40HC | FF | 3500 LB | INDUSTRIAL FILTERS | | | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | CRXU1912074 | 20DC | FF | 46400 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | GRIU1215805 | 20DC | FF | 46239 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | KHIU1214772 | 20DC | FF | 46400 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | SOCU2902210 | 20DC | FF | 46321 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD1431995 | 20DC | FF | 46321 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD1446104 | 20DC | FF | 46360 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD1484260 | 20DC | FF | 46360 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD1581629 | 20DC | FF | 46219 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD1612191 | 20DC | FF | 46239 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD1712082 | 20DC | FF | 46281 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD1714254 | 20DC | FF | 46400 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD1745717 | 20DC | FF | 46281 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD1790892 | 20DC | FF | 46301 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD1842316 | 20DC | FF | 46380 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD1855882 | 20DC | FF | 46440 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD3633022 | 20DC | FF | 46239 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD3634287 | 20DC | FF | 46281 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD3634899 | 20DC | FF | 46321 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD3919823 | 20DC | FF | 46239 LB | SODIUM CHLORATE *HAZ* | | X | |
| LON | CLIQN | SEA | 290038720038 | N | WA | | STDD3936820 | 20DC | FF | 46541 LB | SODIUM CHLORATE *HAZ* | | X | |

Frances Kirby

WTCRPCON/fk
Hamburg Süd

Container Import List

04.14.2009 14:54
Page 6/8

R H O
- - -

Vessel: VARAM.911 S          ETS: 04.05.2009 (MANZANILLO MX)

| POD | PLD | POL | Ubli No | Waybl | Ca | T.Typ | ContainerNo | Equ. | TM | Weight | Commodity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| LZC | MXLZC | LGB | 490018311035 | N | WA | | SUDU13109396 | 20DC | FF | 46561 LB | DAIRY GENERAL |
| LZC | MXLZC | LGB | 490018311035 | N | WA | | SUDU13174350 | 20DC | FF | 46561 LB | DAIRY GENERAL |
| LZC | MXLZC | LGB | 490018311035 | N | WA | | SUDU1476480 | 20DC | FF | 46561 LB | DAIRY GENERAL |
| LZC | MXLZC | LGB | 490018325036 | N | WA | | FESTU2108873 | 20DC | FF | 46561 LB | DAIRY GENERAL |
| LZC | MXLZC | LGB | 490018325036 | N | WA | | SUDU1307710 | 20DC | FF | 46561 LB | DAIRY GENERAL |
| LZC | MXLZC | LGB | 490018325036 | N | WA | | SUDU1422273 | 20DC | FF | 46561 LB | DAIRY GENERAL |
| LZC | MXLZC | LGB | 490018325036 | N | WA | | SUDU1469352 | 20DC | FF | 46561 LB | DAIRY GENERAL |
| LZC | MXLZC | LGB | 490018325036 | N | WA | | SUDU1653550 | 20DC | FF | 46561 LB | DAIRY GENERAL |
| LZC | MXLZC | LGB | 490018325036 | N | WA | | FSC0632634 | 40HC | FF | 31584 LB | DAIRY GENERAL |
| LZC | MXLZC | LGB | 49A47606009 | Y | WA | | SUDU3628828 | 20DC | FF | 14071 LB | MACHINERY - NOS |
| LZC | MXLZC | LGB | 49A47606009 | Y | WA | | SUDU5961822 | 40HC | FF | 31584 LB | MACHINERY - NOS |
| PAG | CLPAG | LGB | 290038720019 | Y | NA | | FESU5107799 | 40HC | FF | 15462 LB | MINING EQUIPMENT |
| PAG | CLPAG | LGB | 290038720019 | N | NA | | SUDU590581 | 40HC | FF | 28735 LB | MINING EQUIPMENT |
| PPG | ASPPG | VAN | 290048720014 | N | NA | | SUDU1468340 | 20DC | FF | 47374 LB | FLOUR |
| PPG | ASPPG | VAN | 290048720014 | N | SE | | SUDU1808878 | 20DC | FF | 47374 LB | FLOUR |
| PPG | ASPPG | VAN | 290048720023 | Y | SE | | SUDU6788959 | 40HC | FF | 60119 LB | SHINGLES AND SHAKESOF WOOD |
| PPT | FFPPT | VAN | 290048720023 | N | SE | | SUDU5125102 | 40HC | FF | 52714 LB | FROZEN FRENCH FRIES |
| PRQ | GTGUA | SEA | 290038720001 | N | WA | | SUDU1607908 | 20DC | FF | 40317 LB | SKIM MILK POWDER |
| PRQ | GTGUA | OAK | 290038720003 | N | WA | | SUDU5802754 | 40RH | FF | 44175 LB | OF DIATOMACEOUS EARTH |
| PRQ | GTPRQ | OAK | 290038720004 | N | WA | | SUDU5175778 | 40RH | FF | 44945 LB | FROZEN FRENCH FRIES |
| PRQ | SVSAL | SEA | 290038720033 | N | WA | | SUDU1435060 | 20DC | FF | 23146 LB | NUTS |
| PRQ | GTPRQ | LGB | 290038720048 | N | WA | | SUDU1486241 | 20DC | FF | 47000 LB | CANARYSEED |
| PRQ | SVSAL | VAN | 290048720006 | N | WA | | SUDU1428440 | 20DC | FF | 8818 LB | PLAYGROUND EQUIPMENT |
| PRQ | GTPRQ | VAN | 290048720018 | N | WA | | SUDU1753754 | 20DC | FF | 40000 LB | FLOUR |
| PRQ | GTPRQ | VAN | 290048720030 | N | WA | | FRSTU2112810 | 20DC | FF | 40648 LB | NON HAZ CHEMICALS |
| VAP | CLVAP | LGB | 290018720003 | N | WA | | SUDU1448663 | 20DC | FF | 41107 LB | NON HAZ CHEMICALS |
| VAP | CLVAP | LGB | 290018720003 | N | WA | | CLHU852005272 | 40HC | FF | 12533 LB | SLAC   352 PCS OF ELECTRONIC G |
| VAP | CIVAP | LGB | 290038684016 | N | WA | | CLHU4978498 | 40HC | FT | 40915 LB | FOOD PRODUCTS/ NO HAZ |
| VAP | CIVAP | LGB | 290038684017 | N | WA | | SUDU5917516 | 40HC | FT | 15198 LB | BARRELS |
| VAP | CIVAP | OAK | 290038725002 | N | WA | | SUDU5968149 | 40HC | FF | 44711 LB | DIATOMACEOUS EARTH |
| VAP | CLVAP | OAK | 290038725005 | N | WA | | SUDU6604394 | 40HC | FF | 44762 LB | DIATOMACEOUS EARTH |

Frances Kirby

WTCRPCON/fk
Hamburg Süd

Container Import List

04.14.2009 14:54
Page 7/8

Vessel: VARAM 911 S          ETS: 04.05.2009 ( MANZANILLO MX )

| POD | PID | POL | Ubli No | Waybl | Ca | T.Typ | ContainerNo | Equ. | TM | Weight | Commodity | R H O |
|-----|-----|-----|---------|-------|-----|-------|-------------|------|-----|--------|-----------|-------|
| VAP | CLVAP | OAK | 2900387200005 | N | WA | | SUDU6844440 | 40HC | FF | 44609 LB | OP DIATOMACEOUS EARTH | |
| VAP | CLVAP | LGB | 2900387200006 | N | WA | | SUDU4684528 | 40DC | FF | 38918 LB | LUBE OIL, NON HAZARDOUS | |
| VAP | CLVAP | LGB | 2900387200006 | N | WA | | SUDU5401140 | 40DC | FF | 38918 LB | LUBE OIL, NON HAZARDOUS | |
| VAP | CLVAP | LGB | 2900387200010 | N | WA | | SUDU1700097 | 20DC | FF | 4707 LB | SPORTING GOODS | |
| VAP | CLVAP | LGB | 2900387200011 | N | WA | | FESU2093813 | 20DC | FF | 2279 LB | SURFBOARDS AND ACCESSORIES | Y |
| VAP | CLVAP | LGB | 2900387200017 | N | WA | | CMCU2103641 | 20DC | FF | 3981 LB | FREIGHT ALL KINDS WITH HAZ | Y |
| VAP | CLVAP | LGB | 2900387200017 | N | WA | | | 20DC | FF | 7800 LB | FREIGHT ALL KINDS WITH HAZ | Y |
| VAP | CLVAP | LGB | 2900387200017 | N | WA | | | 20DC | FF | 1432 LB | FREIGHT ALL KINDS WITH HAZ | Y |
| VAP | CLVAP | LGB | 2900387200017 | N | WA | | | 20DC | FF | 700 LB | FREIGHT ALL KINDS WITH HAZ | Y |
| VAP | CLVAP | LGB | 2900387200017 | N | WA | | SUDU6817384 | 20DC | FF | 6135 LB | FREIGHT ALL KINDS WITH HAZ | Y |
| VAP | CLVAP | LGB | 2900387200020 | N | WA | | SUDU1689995 | 40HC | FF | 19219 LB | FREIGHT ALL KINDS | Y |
| VAP | CLVAP | LGB | 2900387200021 | N | WA | | SUDU2563168 | 20DC | FF | 33752 LB | WATER FILTRATION EQUIPMENT | |
| VAP | CLVAP | LGB | 2900387200024 | N | WA | | SUDU2563168 | 20DC | FF | 7720 LB | FREIGHT ALL KINDS | |
| VAP | CLVAP | LGB | 2900387200026 | N | WA | | SUDU6751116 | 40DC | FF | 38784 LB | FREIGHT ALL KINDS (HAZ) | Y |
| VAP | CLVAP | LGB | 2900387200029 | N | WA | | SUDU4580210 | 40HC | FF | 23362 LB | PLASTIC BAGS | |
| VAP | CLVAP | SEA | 2900387200036 | N | WA | | SUDU6835460 | 40HC | FF | 35999 LB | FILAMENT TUBING | |
| VAP | CLVAP | LGB | 2900387200039 | N | WA | | SUDU3770405 | 20DC | FF | 11023 LB | MUSICAL INTRUMENT STANDS | |
| VAP | CLVAP | LGB | 2900387200042 | N | WA | | GRIU1216463 | 20DC | FF | 3968 LB | TELEVISION | |
| VAP | CLVAP | LGB | 2900387200042 | N | WA | | SUDU5703284 | 40HC | FF | 16733 LB | TELEVISION | |
| VAP | CLVAP | LGB | 2900387200042 | N | WA | | SUDU6647457 | 40HC | FF | 15024 LB | TELEVISION | |
| VAP | CLVAP | LGB | 2900387200043 | N | WA | | SUDU6589807 | 40HC | FF | 19400 LB | PLASTIC BAGS | |
| VAP | CLVAP | LGB | 2900387200044 | N | WA | | SUDU1677485 | 20DC | FF | 6001 LB | WATER FILTRATION EQUIPMENT, N | |
| VAP | CLVAP | LGB | 2900387200052 | N | WA | | SUDU1425185 | 20DC | FF | 15572 LB | WIRE CABLE | |
| VAP | CLVAP | LGB | 2900387200054 | N | WA | | SUDU6897287 | 40HC | FF | 29999 LB | PRODUCTION EQUIPMENT (FURNITUR | |
| VAP | CLVAP | LGB | 2900387200059 | N | WA | | CADU7003242 | 40HC | FF | 35900 LB | FREIGHT ALL KINDS | |
| VAP | CLVAP | LGB | 2900387200062 | N | WA | | SUDU6859775 | 40HC | FF | 18440 LB | FREIGHT ALL KINDS | |
| VAP | CLVAP | LGB | 2900387200068 | N | WA | | SUDU6515851 | 40HC | FF | 41325 LB | CHEMICALS-NON- HAZARDOUS | |
| VAP | CLVAP | VAN | 2900487200005 | N | WA | | FESU2056358 | 20DC | FF | 52000 LB | CHICKPEAS | |
| VAP | CLVAP | VAN | 2900487200005 | N | WA | | SUDU1680107 | 20DC | FF | 52000 LB | CHICKPEAS | |
| VAP | CLVAP | VAN | 2900487200005 | N | WA | | TGHU0542457 | 20DC | FF | 52000 LB | CHICKPEAS | |
| VAP | CLVAP | VAN | 2900487200012 | N | WA | | GRIU0430092 | 40DC | FF | 56426 LB | RESIN | |

Frances Kirby

WTCRPCON/R
Hamburg Süd

Container Import List

04.14.2009 14:54
Page 8/8

Vessel: VARAM 911 S          ETS: 04.05.2009 (MANZANILLO MX)

R H O

| POD | PLD | POL | Ubli No | Waybl | Ca | T.Typ | ContainerNo | Equ. | TM | Weight | Commodity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VAP | CVVAP | VAN | 290048720022 | N | WA | | SUDU1894747 | 20DC | FF | 53900 LB | LENTILS |
| VAP | CVVAP | VAN | 290048720029 | N | WA | | SUDU1801913 | 20DC | FF | 54134 LB | LENTILS, DRIED SHELLED, INCLU |
| VAP | CVVAP | VAN | 290048720029 | N | WA | | SUDU1874648 | 20DC | FF | 54134 LB | LENTILS |
| VAP | CVVAP | VAN | 290048720029 | N | WA | | STDU1952709 | 20DC | FF | 54134 LB | LENTILS |
| VAP | CVVAP | VAN | 290048720029 | N | WA | | SUDU5667504 | 40HC | FF | 11237 LB | TRANSMISSION PODS |
| ZLO | MXRMA | LGB | 390501681030 | Y | WA | | SUDU5667463 | 40HC | FF | 107450 LB | TRANSMISSION PODS |
| ZLO | MXRMA | LGB | 390501681030 | Y | WA | D | SUDU5767463 | 40HC | FF | 10745 LB | TRANSMISSION PODS |
| ZLO | MXSIL | LGB | 390501681036 | Y | WA | D | SUDU6632673 | 40HC | FF | 9885 LB | TRANSMISSION PODS |

Totals
134 * 20DC
  2 * 20FR
  5 * 40DC
 53 * 40HC
  1 * 40RA
 13 * 40RH

Grand Totals
134 * 20DC
  2 * 20FR
  5 * 40DC
 53 * 40HC
  1 * 40RA
 13 * 40RH

Total Weight:   12626645 LB

Rupert P. Hansen
Cox, Wootton, Griffin, Hansen & Poulos, LLP
190 The Embarcadero
San Francisco, CA 94105

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMBURG SUDAMERIKANISCHE DAMPFSCHIFFFAHRTS-GESSELSCHAFT KG         PLAINTIFF(S) <br><br> v. <br><br> Maruba, S.C.A. in personam, and In Re 208 Containers on Board the M/V Varamo, in rem, and Does 1-10, inclusive,         DEFENDANT(S). | CASE NUMBER <br> **CV09-2881 R (Ex)** <br><br><br> **SUMMONS** |

TO:  DEFENDANT(S): __MACUBA, SCA__

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _____Rupert P. Hansen_____, whose address is __190 The Embarcadero, San Francisco, CA 94105_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __APR 2 4 2009__

By: __NATALIE LONGORIA__

Deputy Clerk
(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

1198

Rupert P. Hansen
Cox, Wootton, Griffin, Hansen & Poulos, LLP
190 The Embarcadero
San Francisco, CA 94105

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HAMBURG SUDAMERIKANISCHE
DAMPFSCHIFFFAHRTS-GESSELSCHAFT
KG                                    PLAINTIFF(S)

v.

Maruba, S.C.A. in personam, and In Re
208 Containers on Board the M/V
Varamo, in rem, and Does 1-10, inclusive,
                                  DEFENDANT(S).

CASE NUMBER

**CV09-2881 R (Ex)**

**SUMMONS**

TO:   DEFENDANT(S): 208 Containers on board the M/V VARAMO, in rem

A lawsuit has been filed against you.

Within _____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _____ Rupert P. Hansen _____, whose address is 190 The Embarcadero, San Francisco, CA 94105 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: APR 2 4 2009 _____

By: _____ **NATALIE LONGORIA** _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1198

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself □) | DEFENDANTS |
|---|---|
| HAMBURG SUDAMERIKANISCHE DAMPFSCHIFFFAHRTS-GESSELSCHAFT KG | Maruba, S.C.A. in personam, and In Re 208 Containers on Board the M/V Varamo, in rem, and Does 1-10, inclusive, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Rupert P. Hansen    (415) 438-4600<br>190 The Embarcadero<br>San Francisco, California 94105 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

□ 1 U.S. Government Plaintiff ☒ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant □ 4 Diversity (Indicate Citizenship of Parties in Item III).

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business in this State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding □ 2 Removed from State Court □ 3 Remanded from Appellate Court □ 4 Reinstated or Reopened □ 5 Transferred from another district (specify): □ 6 Multi-District Litigation □ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: □ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** □ Yes ☒ No    ☒ MONEY DEMANDED IN COMPLAINT: $ TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
46 USC 1301; Damages for improper retention and failure to deliver cargo

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| □ 400 State Reapportionment | □ 110 Insurance | □ 310 Airplane | □ 370 Other Fraud | □ 510 Motions to Vacate Sentence Habeas Corpus | □ 710 Fair Labor Standards Act |
| □ 410 Antitrust | ☒ 120 Marine | □ 315 Airplane Product Liability | □ 371 Truth in Lending | | □ 720 Labor/Mgmt. Relations |
| □ 430 Banks and Banking | □ 130 Miller Act | □ 320 Assault, Libel & Slander | ☒ 380 Other Personal Property Damage | □ 530 General | □ 730 Labor/Mgmt. Reporting & Disclosure Act |
| □ 450 Commerce/ICC Rates/etc. | □ 140 Negotiable Instrument | □ 330 Fed. Employers' Liability | □ 385 Property Damage Product Liability | □ 535 Death Penalty | |
| □ 460 Deportation | □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 340 Marine | | □ 540 Mandamus/ Other | □ 740 Railway Labor Act |
| □ 470 Racketeer Influenced and Corrupt Organizations | | □ 345 Marine Product Liability | BANKRUPTCY | □ 550 Civil Rights | □ 790 Other Labor Litigation |
| | □ 151 Medicare Act | | □ 422 Appeal 28 USC 158 | □ 555 Prison Condition | □ 791 Empl. Ret. Inc. Security Act |
| □ 480 Consumer Credit | □ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | □ 350 Motor Vehicle | □ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| □ 490 Cable/Sat TV | | □ 355 Motor Vehicle Product Liability | | □ 610 Agriculture | □ 820 Copyrights |
| □ 810 Selective Service | □ 153 Recovery of Overpayment of Veteran's Benefits | □ 360 Other Personal Injury | CIVIL RIGHTS | □ 620 Other Food & Drug | □ 830 Patent |
| □ 850 Securities/Commodities/ Exchange | | | □ 441 Voting | | □ 840 Trademark |
| □ 875 Customer Challenge 12 USC 3410 | □ 160 Stockholders' Suits | □ 362 Personal Injury- Med Malpractice | □ 442 Employment | □ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| □ 890 Other Statutory Actions | □ 190 Other Contract | □ 365 Personal Injury- Product Liability | □ 443 Housing/Acco- mmodations | | □ 861 HIA (1395ff) |
| □ 891 Agricultural Act | □ 195 Contract Product Liability | □ 368 Asbestos Personal Injury Product Liability | □ 444 Welfare | □ 630 Liquor Laws | □ 862 Black Lung (923) |
| □ 892 Economic Stabilization Act | □ 196 Franchise | | □ 445 American with Disabilities - Employment | □ 640 R.R. & Truck | □ 863 DIWC/DIWW (405(g)) |
| □ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | □ 446 American with Disabilities - Other | □ 650 Airline Regs | □ 864 SSID Title XVI |
| □ 894 Energy Allocation Act | □ 210 Land Condemnation | □ 462 Naturalization Application | | □ 660 Occupational Safety /Health | □ 865 RSI (405(g)) |
| □ 895 Freedom of Info. Act | □ 220 Foreclosure | □ 463 Habeas Corpus- Alien Detainee | □ 440 Other Civil Rights | □ 690 Other | FEDERAL TAX SUITS |
| □ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | □ 230 Rent Lease & Ejectment | □ 465 Other Immigration Actions | | | □ 870 Taxes (U.S. Plaintiff or Defendant) |
| □ 950 Constitutionality of State Statutes | □ 240 Torts to Land | | | | □ 871 IRS-Third Party 26 USC 7609 |
| | □ 245 Tort Product Liability | | | | |
| | □ 290 All Other Real Property | | | | |

FOR OFFICE USE ONLY:    Case Number: _____    **CV09-2881**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

LexisNexis® Automated California Federal District Court Forms

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

VIII(a). **IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes

If yes, list case number(s): _____

VIII(b). **RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No  ☒ Yes

If yes, list case number(s): CV 09-02776 SVW

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☒ A. Arise from the same or closely related transactions, happenings, or events; or

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. **VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Federal Republic of Germany |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Maruba - Argentina |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.

Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved.

X. **SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date   4-24-09

Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |